

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2015

No. 04-15-00006-CV

Robert **TYSON**, Carl and Kathy Taylor, Linda and Ron Tetrick, Jim and Nancy Wescott, and Paul and Ruthe Wilson,
Appellants

v.

Robert N. **FREEMAN** II,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-13-0200356
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

　　To date, appellants have failed to pay the applicable filing fee in this appeal. Texas Rule of Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay— at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

　　We, therefore, ORDER appellants, within ten (10) days of the date of this order, to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that they are excused by statute or these rules from paying the filing fee. *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs). If appellants fail to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2015.



Keith E. Hottle
Clerk of Court